UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARITA IANNELLO

V.

EOS CCA
700 LONGWATER DRIVE / P.O. BOX 981002
NORWELL, MA 02061    BOSTON, MA 02298-1002

US ASSET MANAGEMENT INC
700 LONGWATER DRIVE
NORWELL, MA 02061

CIVIL ACTION
NO.

## COMPLAINT

### PARTIES

1. The plaintiff is a resident of CA, in transit to clear this matter in the Court jurisdiction and a citizen of United States.

2. The defendant EOS CCA is a corporation resident of Norwell, MA.

3. The defendant US ASSET MANAGEMENT INC is the same corporation of EOS CCA with the same address as EOS CCA using P.O. BOX 961002, BOSTON, MA 02298-1002

### JURISDICTION

4. This Court has jurisdiction over this matter pursuant to FEDERAL CREDIT BILLING ACT VIOLATION, where a disputed claim was deleted on 1/25.2013 passed the statute of limitations & then reactivated as a brand new claim with the name of sister company. EOS CCA has ignored my FTC complaints and put my name under monitoring causing a drop on my credit rating to zero.

5. Using the power of his background Company affiliated company placed my name under some kind of FLASH MARK creating my past/old credit dispute into a credit rating non-existent fm 600 score.

6. Their action has not allowed me to obtain a loan to 3X become SAG member, after earning my credentials & therefore keep me on a lower wages disadvantage.

7. I have placed an FTC complaint on the company is ignoring my request. And extorsioning with interest on a debt that doesn't exist or existed. SENDING ME COLORED PAPERS TO TRAP ME TO OPEN A DELETED ITEM into SOMETHING STILL GOING ON.

8. I AM REQUESTING TO STOP DENIED MY FMA CREDIT BILLING RIGHTS & PAY ME DAMAGES AS THE AMOUNT OF THE LOAN I HAVE NOT BEEN ABLE TO OBTAIN. $3100 which has been denied 3X.

9. WHEREFORE, THE PLAINTIFF DEMANDS JUDGEMENT AGAINST THE DEFENDANTS FOR DAMAGES AND SUCH OTHER RELIEF AS THIS COURT DEEMS JUST.

10. I the plaintiff demands a trial by jury.

SIGNATURE _[signature]_
NAME: MARGARITA JANNELLO
Address: P.O. BOX 972
MARINA DEL REY, CA 90295
c/o YOUR ADDRESS FOR MAILING
PHONE: (424) 2148519